UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 26-mj-23 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Alfredo Alejandro Aljorna and<br>Julio Cesar Sosa-Celis, | |
| Defendants. | |

___

This matter is before the Court on the Government's Motion to Revoke Order of Release. (Docket No. 24.)

**IT IS HEREBY ORDERED that:**

1. The Orders Setting Conditions of Release (Docket Nos. 20, 22) are **STAYED** pending a decision on the Government's Motion;

2. Defendants shall remain the custody of the U.S. Marshal pending a decision on the Government's Motion;

3. The hearing in this matter is scheduled for January 29, 2026, at 1:00 p.m. in Courtroom 7D in St. Paul; and

4. Defendants may, but are not required to, file a response to the Government's Motion on or before January 27, 2026, and the Government may, but is not required to, file any reply on or before January 28, 2025.

Dated: January 22, 2026

s/ *Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge