UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-00023 (PAM/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | DEFENDANT SOSA-CELIS'S JOINDER IN MOTION TO PROHIBIT DEPORTATION OR REMOVAL OF MATERIAL WITNESSES |
| v. | |
| JULIO CESAR SOSA-CELIS, | |
| Defendant. | |

Defendant Julio Cesar Sosa Celis hereby joins Defendant Alfredo Alejandro Aljorna's Motion to Prohibit Deportation or Removal of Material Witnesses (Doc. 36).

Upon information and belief, and based on the habeas corpus petition filed in *Gabriel A.H.L. v. Kristi Noem et al.*, Case No. 26-cv-860 (JRT/EMB), G.A.H.L. is a witness to the events alleged in the criminal complaint in this matter who is currently detained by the Department of Homeland Security in Texas, filed a petition for a writ of habeas corpus on January 30, 2026, and would provide testimony that is material and favorable to Defendants' defense. (*See id.*, Doc. 1).

Upon information and belief, and based on the pleadings in *Indriany S.M.C. v. David Easterwood et al.*, Case No. 26-cv-539 (JWB/JFD), Witness I.M.C. would provide testimony that is material and favorable to Defendants' defense and asserted facts in support of her verified petition for writ of habeas corpus that is material and favorable to Defendants' defense. (*See id.,* Doc. 1 at 2-4). The Court granted I.M.C.'s petition for habeas corpus on January 27, 2026. (*Id.*, Doc. 8).

1

Similarly, upon information and belief, and based on the pleadings in *Valentina De Los Angeles T.M. v. David Easterbrook et al.*, Case No. 26-cv-542 (LMP/DJF), Witness V.T.M. would provide testimony that is material and favorable to Defendants' defense and asserted facts in support of her verified petition for writ of habeas corpus that is material and favorable to Defendants' defense. (*See id.,* Doc. 1 at 2-4). As of today, her petition is pending before the Court.

For the reasons set forth above, and those identified in Defendant Aljorna's Motion, Mr. Sosa Celis asks that the Court order the executive branch, and all agencies thereof, not to deport or remove from the United States any material witness until the conclusion of all related criminal proceedings against Mr. Sosa Celis, including, but not limited to: (1) Co-Defendant Aljorna, (2) Witness G.A.H.L, (3) Witness I.M.C., and (4) Witness V.T.M.

Dated:  February 2, 2026                    **SAPIENTIA LAW GROUP, PLLC**

s/Robin M. Wolpert
Robin M. Wolpert (#0310219)
120 South Sixth Street, Suite 100
Minneapolis, MN 55402
Phone: 612-756-7100
Fax: 612-756-7101
robinw@sapientialaw.com
*Attorneys for Defendant*
*Julio Cesar Sosa-Celis*