IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

## MOTION TO REVOKE ORDERS OF RELEASE HEARING

| | |
|---|---|
| **ALFONZO JONES**, | |
| Plaintiff, | |
| v. | |
| **ALFREDO ALEJANDRO ALJORNA (1), JULIO CESAR SOSA-CELIS (2),** | |
| Defendant | |

**COURT MINUTES**

BEFORE: The Hon. Paul A. Magnuson
U.S. District Judge

| | |
|---|---|
| Case No: | 26-mj-23 (PAM/DLM) |
| Date: | February 3, 2026 |
| Court Reporter: | Erin Drost |
| Courthouse: | Saint Paul |
| Courtroom: | 7D |
| Time Commenced: | 11:03 a.m. |
| Time Concluded: | 11:48 a.m. |
| Time in Court: | 45 minutes |

**APPEARANCES:**

**For Plaintiff:**
Syngen Kanassatega        DOJ-USAO                                612-664-5600

**For Defendants:**
Frederick Goetz           Goetz & Eckland PA                      612-874-1552
Robin M Wolpert           Sapientia Law Group PLLC                612-756-7100

**Interpreter:** Esperanza Lopez-Dominguez

**PROCEEDINGS:**

- [X] The Government's Appeal and Motion to Revoke Orders of Release on Conditions (Docket No. 24) is denied.

- [X] Defendant Sola-Celis's conditions of release are amended to include GPS location monitoring.

- [X] Defendant Aljorna's Motion to Prohibit Deportation or Removal of Material Witnesses (Docket No. 36) is granted.

- [X] Defendant Sosa-Celis's Motion (Docket No. 37) joining in Mr. Aljorna's Motion (Docket No. 36) is granted.

- [X] Hearing record is sealed.

Dated: February 3, 2026                                    s/Nikki Scherek
                                                           Courtroom Deputy
                                                           To The Hon. Paul A. Magnuson