UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 26-mj-23 (PAM/DLM)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>(1) ALFREDO ALEJANDRO ALJORNA<br><br>　and<br><br>(2) JULIO CESAR SOSA-CELIS,<br><br>　　　　　　Defendants. | **Government's Motion to Dismiss Complaint with Prejudice** |

The United States of America, by and through its undersigned attorneys, hereby respectfully moves the Court for an order to dismiss with prejudice the Complaint filed in this matter against the defendants, Alfredo Alejandro Aljorna and Julio Cesar Sosa-Celis, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Newly discovered evidence in this matter is materially inconsistent with the allegations in the Complaint Affidavit, filed on January 16, 2026, as ECF 1-1, as well as the preliminary-hearing testimony (ECF 18, 19) that was based on information presented to the Affiant. Accordingly, dismissal with prejudice will serve the interests of justice.

Dated: <u>February 11, 2026</u>　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DANIEL N. ROSEN
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　s/ *Syngen Kanassatega*
　　　　　　　　　　　　　BY:　　SYNGEN KANASSATEGA
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　District of Minnesota