UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Case No. 26-mj-23 (PAM/DLM) |
| Plaintiff, | |
| v. | **ORDER** |
| Alfredo Alejando Aljorna and<br>Julio Cesar Sosa-Celis, | |
| Defendants. | |

_____

This matter is before the Court upon the Government's Motion to Dismiss Complaint with Prejudice, pursuant to Federal Rule of Criminal Procedure 48(a).

Accordingly, **IT IS HEREBY ORDERED that**:

1. Pursuant to Fed. R. Crim. P. 48(a), the Government's Motion to Dismiss Complaint with Prejudice (Docket No. 48) is **GRANTED**; and

2. The charge alleged against Defendants Alfredo Alejandro Aljorna and Julio Cesar Sosa-Celis in the Complaint filed in the above-referenced matter (Docket No. 1) is **DISMISSED with prejudice**.

Dated: February 13, 2026

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge